# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALLSTATE INSURANCE COMPANY

VERSUS

JOSHUA HARRIS, TURNER
INDUSTRIES GROUP, L.L.C.,
AND ACE AMERICAL INSURANCE
COMPANY

CONSOLIDATED WITH

LINUS THOMAS

VERSUS

ACE AMERICAN INSURANCE
COMPANY, TURNER INDUSTRIES
GROUP, L.L.C., AND JOSHUA
HARRIS

NO.  2024 CW 0462

JUNE 13, 2024

---

In Re:    Ace American Insurance Company, Turner Industries Group,
          LLC and Joshua Harris, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 721259 c/w 721888.

---

BEFORE:    GUIDRY, C.J., McCLENDON AND WELCH, JJ.

   **WRIT DENIED.**  The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878
(La. 1981) (*per curiam*) are not met.

                              JMG
                              PMc
                              JEW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT